UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT W. JOHNSON,

                Plaintiff,

-against-

BROSNAN RISK CONSULTANTS,

                Defendant.

1:22-CV-3805 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued May 12, 2022, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED, AND DECREED that under the July 10, 2020 order in *Johnson v. Wolfe*, ECF 1:19-CV-7337, 8 (S.D.N.Y. July 10, 2020), *appeal dismissed*, No. 21-299 (2d Cir. July 15, 2021), this action is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 12, 2022
          New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                Chief United States District Judge